RUSSELL W. THOMAS, PLAINTIFF-RESPONDENT, v. EDWARD W. McGRATH, UNION COUNTY PROSECUTOR, DEFENDANT, AND THE BOARD OF CHOSEN FREEHOLDERS OF THE COUNTY OF UNION, DEFENDANT-APPELLANT.

Argued January 23, 1978—Decided February 15, 1978.

*Mr. Edward J. Toy,* Assistant County Counsel, argued the cause for appellant.

*Mr. Kenneth J. Grispin* argued the cause for respondent (*Messrs. Read, Leib, Kraus and Grispin,* attorneys; *Mr. Walter L. Leib,* of counsel).

PER CURIAM. The judgment of the Appellate Division is reversed substantially for the reasons expressed in Judge Morgan's dissenting opinion which is reported at 145 *N. J. Super.* 288, 296.

Three members of the Court would affirm the judgment of the Appellate Division substantially for the reasons expressed in the majority opinion of that Court.

*For reversal*—Chief Justice HUGHES and Justices SULLIVAN, SCHREIBER and HANDLER—4.

*For affirmance*—Justices PASHMAN and CLIFFORD and Judge CONFORD—3.